

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-70405 |
| DIVINE RIPE LLC, | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

ENTERED
02/22/2017

## ORDER ON
## DIVINE RIPE, LLC'S SECOND AMENDED EMERGENCY MOTION FOR APPROVAL OF NOTICE OF AMENDMENT TO SCHEDULED CLAIMS

Upon consideration of *Debtor Divine Ripe, L.L.C.'s Second Amended Emergency Motion For Approval of Notice of Amendment To Scheduled Claims*, ("Motion"), the Court finds that (i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate and its creditors and is necessary; and (iv) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein.

IT IS, THEREFORE, ORDERED that *Debtor Divine Ripe, L.L.C.'s Second Amended Emergency Motion for Approval of Notice of Amendment to Scheduled Claims* is GRANTED; IT IS, FURTHER ORDERED,

That the attached Notice of Amendment to Scheduled Claims is approved to be mailed via regular U.S. post office mail to the affected creditors whose scheduled claim amount has changed or whose scheduled claim status has changed from not previously listed as contingent, disputed or unliquidated to a status of contingent, disputed, or unliquidated; IT IS, FURTHER ORDERED,

That the affected creditors be allowed 30 days from day of service of the proposed Notice of Amendment to Scheduled Claims to file their claims. Such date being an absolute bar date to these listed creditors from filing claims.

Signed: February 22, 2017

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge